UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO:     Clerk of Court

FROM:   Judge Peter J. Messitte

RE:     <u>Adedonkun, et al. v. United States, et al.</u>
        No. 23-cv-3421

DATE:   December 19, 2023

\* \* \*

Rasheed Adedonkun, a criminal defendant whose initial criminal proceedings and subsequent supervised release proceedings have been assigned to me (*see United States v. Adedonkun*, Crim. No. 14-142-PJM), has filed a civil complaint naming me as a defendant, among others. Adedonkun's most recent civil case has also been assigned to me (*see Adedonkun, et al. v. United States, et al.*, Civ. No. 23-3421-PJM).

Accordingly, because Adedonkun seeks to bring claims against me, the judge currently assigned to his case, the Court **REQUESTS** the Clerk of Court to reassign Adedonkun's civil action to another judge of this District.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____
Peter J. Messitte
United States District Judge

CC:    Court file